**UNITED STATES of America Plaintiff-Appellee**

v.

**Ian MACKIE Defendant-Appellant**

**No. 16-4535**

United States Court of Appeals, Eighth Circuit.

Submitted: September 13, 2017

Filed: October 3, 2017

Colleen Lang, U.S. Attorney's Office, Eastern District of Missouri, Saint Louis, MO, for Plaintiff-Appellee

Ian Mackie, Pro Se

Before LOKEN, MURPHY, and SHEPHERD, Circuit Judges.

PER CURIAM.

Ian Mackie directly appeals the sentence imposed by the district court[1] after he pled guilty to enticement of a minor and receipt of child pornography. Mackie's counsel has moved for leave to withdraw,

Eastern District of Missouri.

and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), challenging the sentence as substantively unreasonable. Upon careful review, we conclude that Mackie's sentence, which was imposed within his Sentencing Guidelines range, is not substantively unreasonable. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (discussing appellate review of sentencing decisions; if sentence is within Guidelines range, appellate court may, but is not required to, apply presumption of reasonableness).

Having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues for appeal. Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.